IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:   TIRSO VILLAFUERTE                               ) Chapter 13
                                                         )
                                                         )
                                                         )
                                              - Creditor ) No. 13-30538
Green Tree Servicing LLC                                 )
                                                         )
                    v.                                   ) Judge
                                                         ) A. Benjamin Goldgar
TIRSO VILLAFUERTE                             - Debtor   )
                                                         )

NOTICE OF MOTION

TO:   SEE ATTACHED ADDRESSES

    PLEASE TAKE NOTICE THAT ON  at , or as soon thereafter as counsel may be heard, I shall appear before the Honorable A. Benjamin Goldgar, U.S. Bankruptcy Judge, 219 S. Dearborn Street, Chicago, Illinois, room 642, and shall then and there present the attached Motion and at which time you may appear if you so desire.

CERTIFICATION

    I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on May 30, 2014, with proper postage prepaid.

                                                 PIERCE & ASSOCIATES, P.C.

**THIS DOCUMENT IS AN ATTEMPT
TO COLLECT A DEBT AND ANY            /s/Yanick Polycarpe
INFORMATION OBTAINED WILL BE         ARDC#6237892
USED FOR THAT PURPOSE**

                                    1 North Dearborn
                                    Suite 1300
                                    Chicago, Illinois 60602
                                    312-346-9088

PA13-3375

<u>NOTICE OF MOTION ADDRESSES</u>

To Trustee:
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, Illinois 60604
**By Electronic Notice through ECF**


To Debtor:
TIRSO VILLAFUERTE
336 Prairie Avenue
Calumet City, IL 60409
**By U.S. Mail**



To Attorney:
Ernesto D. Borges, Jr.
105 West Madison Street, Suite 2300
Chicago, Illinois  60602
**By Electronic Notice through ECF**



PIERCE & ASSOCIATES, P.C.
Suite 1300
1 North Dearborn
Chicago, Illinois 60602
(312) 346-9088



**PA13-3375**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RE:   TIRSO VILLAFUERTE ) | |
| ) | |
| Green Tree Servicing LLC ) | |
|        Creditor, ) | Case No. 13-30538 |
| ) | Judge A. Benjamin Goldgar |
| vs. ) | |
| ) | |
| TIRSO VILLAFUERTE, ) | |
|        Debtor, ) | |

## MOTION TO MODIFY THE AUTOMATIC STAY

NOW COMES Green Tree Servicing LLC, by and through its attorneys, Pierce & Associates, P.C., and requests that the Automatic Stay heretofore entered on the property located at 336 Prairie Avenue, Calumet City, IL 60409, be Modified, stating as follows:

1. On July 31, 2013, the above captioned Chapter 13 was filed.

2. On October 1, 2013, the above captioned Chapter 13 was confirmed.

3. Green Tree Servicing LLC services the first mortgage lien on the property located at 336 Prairie Avenue, Calumet City, IL 60409.

4. The Plan calls for the debtor to be the disbursing agent for the post-petition mortgage payments directly to Green Tree Servicing LLC. Post-petition payments are $896.37.

5. The post-petition mortgage payments are due and owing for March 2014. The default to Green Tree Servicing LLC is approximately $3,037.47 through May 2014 including attorney's fees and costs of this motion.

6. The plan is in material default.

7. Green Tree Servicing LLC continues to be injured each day it remains bound by the Automatic Stay.

8. Green Tree Servicing LLC is not adequately protected.

9. The property located at 336 Prairie Avenue, Calumet City, IL 60409 is not necessary for the debtor's reorganization.

10. The debtor has no equity in the property for the benefit of unsecured creditors.

11. Green Tree Servicing LLC services the underlying mortgage loan and note for the property referenced in this Motion for Relief for Green Tree Servicing LLC (the noteholder) and is entitled to proceed accordingly.  Should the Automatic Stay be lifted and/or set aside by Order of this Court or if this case is dismissed or if the debtor obtains a discharge and a foreclosure action is commenced or recommended, said foreclosure action will be conducted in the name of Green Tree Servicing LLC (the noteholder).

12. Green Tree Servicing LLC (the noteholder) has the right to foreclose because Noteholder is the original mortgagee or beneficiary or assignee of the security instrument for the referenced loan.  Noteholder directly or through and agent has possession of the promissory note and the promissory note is either made payable to Noteholder or has been duly endorse.

13. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 336 Prairie Avenue, Calumet City, IL 60409, be modified, and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to Green Tree Servicing LLC to proceed with foreclosure, and for such other and further relief as this Honorable Court deems just.

                              Green Tree Servicing LLC

                              /s/Yanick Polycarpe
                              ARDC#6237892

                              Pierce and Associates, P.C.
                              1 North Dearborn Street
                              Suite 1300
                              Chicago, Illinois 60602
                              (312)346-9088