**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) TIRSO VILLAFUERTE          Case No. 13-30538     Chapter 13

All Cases: Moving Creditor Green Tree Servicing LLC    Date Case Filed July 31, 2013

Nature of Relief Sought:  ☒ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing __-__ or Date Plan Confirmed October 1, 2013

Chapter 7: ☐ No-Asset Report Filed on _____
           ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☒ Home
   b. ☐ Car    Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of May 20, 2014: $147,338.00
   Total of all other Liens against Collateral $0

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $53,000.00

5. Default
   a. ☒ Pre-Petition Default
      Number of months  8          Amount $9,759.89

   b. ☒ Post-Petition Default
      i. ☒ On direct payments to the moving creditor
         Number of months  3       Amount $3,037.47

      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____     Amount $-

6. Other Allegations
   a. ☒ Lack of Adequate Protection § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid     Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv.  ☒ Other (describe) Material Payment Default

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe) _____
      ii.  ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm  ii ☐ Redeem  iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: May 30, 2014                              by: /s/Yanick Polycarpe
                                                ARDC#6237892
                                                Counsel for Movant