PA: 13-3375  TIRSO VILLAFUERTE

| Post Pet Due Date | Payments Due | Application Date | Debtor Payments | Post Pet Payments | Funds to Suspense | Suspense Balance |
|---|---|---|---|---|---|---|
| **BK filed on 07/31/13** | | | | | | |
| Aug-13 | $896.37 | | | | | $0.00 |
| | | 8/10/2013 | $870.23 | | $870.23 | $870.23 |
| Sep-13 | $896.37 | | | | | $870.23 |
| | | 9/17/2013 | $826.00 | Aug-13 | ($70.37) | $799.86 |
| Oct-13 | $896.37 | | | | | $799.86 |
| | | 10/15/2013 | $826.00 | Sep-13 | ($70.37) | $729.49 |
| Nov-13 | $896.37 | | | | | $729.49 |
| Dec-13 | $896.37 | | | | | $729.49 |
| | | 12/18/2013 | $826.00 | Oct-13 | ($70.37) | $659.12 |
| Jan-14 | $896.37 | | | | | $659.12 |
| | | 1/14/2014 | $826.00 | Nov-13 | ($70.37) | $588.75 |
| Feb-14 | $896.37 | | | | | $588.75 |
| | | 2/20/2014 | $826.00 | Dec-13 | ($70.37) | $518.38 |
| Mar-14 | $896.37 | | | | | $518.38 |
| | | 3/14/2014 | $826.00 | Jan-14 | ($70.37) | $448.01 |
| Apr-14 | $896.37 | | | | | $448.01 |
| | | 4/16/2014 | $826.00 | Feb-14 | ($70.37) | $377.64 |
| May-14 | $896.37 | | | | | |